# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO QUIROZ,<br><br>    Petitioner,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>    Respondents. | Case No. 1:25-cv-00765-KES-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 16) |

Petitioner, represented by counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his immigration detention.

On December 11, 2025, the Court issued findings and recommendations to grant Respondents' motion to dismiss and dismiss the petition. (ECF No. 15.) On December 16, 2025, Petitioner filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41. (ECF No. 16.) Therein, counsel for Petitioner states that Petitioner ahs been "released from custody and remains non-detained," and thus, "the relief sought in the petition—release from custody—has been obtained, and this action is now moot." (ECF No. 16-1 at 2.) Respondents do not oppose dismissal. (Id.)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P.

1

1  41(a)(1)(A)(i). Voluntary dismissal under this rule requires no action on the part of the court and
2  divests the court of jurisdiction upon the filing of the notice of voluntary dismissal. See United
3  States v. 475 Martin Lane, 545 F.3d 1134, 1145 (9th Cir. 2008) (describing consequences of
4  voluntary dismissals pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)).

5     Here, Respondents have not served either an answer or a motion for summary judgment.
6  Thus, Petitioner's notice of dismissal was effective upon filing and without a court order
7  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

8     For the sake of clarity, in light of the notice of dismissal, IT IS HEREBY ORDERED that
9  the Clerk of the Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated:   **December 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2